AUSA:    Terrence Haugabook          Telephone:  (313) 226-9100
Special Agent:    Timothy Madison          Telephone:  (313) 202-3400

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
    v.

Eric Hopkins-Darden

Case: 2:26−mj−30467
Assigned To : Unassigned
Assign. Date : 8/5/2026
Description: CMP USA v Hopkins
Darden (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 26, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in posession of a firearm |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Madison, Special Agent (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: ___August 5, 2026___

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. Anthony P. Patti, U. S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Timothy Madison, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1.      I am a Special Agent (S/A) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and began my tenure with the ATF on March 13, 2022. I am currently assigned to the Detroit Homicide Task Force (HTF), which is comprised of investigators from the Detroit Police Department (DPD), Michigan State Police (MSP), Federal Bureau of Investigation and the ATF.

2.      As an ATF S/A, I have received specialized training at the Federal Law Enforcement Training Center including the Criminal Investigator Training Program and Special Agent Basic Training. During these programs I received a total of twenty-seven weeks of instruction (400+ hours) on subjects including federal criminal law, conducting criminal investigations, interview techniques, surveillance, undercover operations, evidence collection and firearms trafficking.

3.      Prior to this, I was employed by MSP for more than eight (8) years where I worked various specialty assignments, including directed patrol, undercover narcotics, and special investigations. During my time with MSP, I initiated more than one hundred felony investigations as the lead detective. During my investigations, I drafted more than three hundred warrant affidavits and

participated in hundreds of search warrant and arrest operations. These investigations often included both state and federal violations and consisted of crimes of violence, crimes involving firearms, and drug trafficking.

4.      In addition to my specialized training and experience, I have obtained a Juris Doctor from the University of Detroit Mercy School of Law and have been a member of the State Bar of Michigan since October 2016.

5.      This affidavit is in support of a criminal complaint and application for an arrest warrant for Eric HOPKINS-DARDEN for the crime of felon in possession of a firearm, in violation of Title 18 U.S.C. § 922(g)(1), committed from January 1, 2026, through March 26, 2026.

6.      The facts in this affidavit come from my review of police reports, training, experience, conversations with ATF Special Agents and information provided by other sworn law enforcement officers.  This affidavit is intended to show that there is sufficient probable cause and does not set forth all information known to law enforcement regarding this investigation.

## SUMMARY OF THE INVESTIGATION

7.      On March 18, 2026, ATF initiated an investigation into two ballistically linked shootings that occurred in Detroit, Michigan.  ATF collaborated with DPD to identify the shooter, Eric HOPKINS-DARDEN (HOPKINS-DARDEN), a convicted felon.

2

8.     On March 24, 2026, I applied for and obtained a search warrant for HOPKINS-DARDEN's residence located on the 20000 block of Riopelle Street, Detroit, within the Eastern District of Michigan.  The search warrant was reviewed and signed by the Honorable Tina Brooks-Green of the 34th District Court of Wayne County Michigan.

9.     On March 26, 2026, ATF special agents and ATF task force officers executed the search warrant and located HOPKINS-DARDEN inside of the residence.  HOPKINS-DARDEN appeared to come from the hallway leading to the kitchen.

10.     During a search of the residence, ammunition, a loaded magazine and a weapon mounted light were located in the living room on or near the couch. Additionally, a loaded Taurus G2C 9mm semi-automatic pistol was located inside of a closet in the hallway leading to the kitchen.  The same area that HOPKINS-DARDEN was seen emerging from when agents entered the home.

11.     On March 27, 2026, investigators interviewed HOPKINS-DARDEN related to the investigation.  During the interview HOPKINS-DARDEN admitted to being previously charged with a crime.  HOPKINS-DARDEN also admitted that he purchased the firearm recovered from his residence and that he shot the firearm on two occasions outside of his residence.

3

12. HOPKINS-DARDEN also admitted he shot the firearm into the air on his birthday, January 1, 2026. HOPKINS-DARDEN further admitted that there was a video of him shooting in the air which could be viewed on his Instagram.

13. HOPKINS-DARDEN also admitted to investigators that he shot the firearm in self-defense on March 15, 2026.

14. Following the interview, investigators reviewed HOPKINS-DARDEN's publicly accessible Instagram account. During a review of the account investigators observed multiple photographs and videos of HOPKINS-DARDEN inside and outside of his residence in possession of what appeared to be the same firearm recovered from his home. Investigators also observed a video of HOPKINS-DARDEN firing a handgun into the air, consistent with the information he provided in the interview.

### Prohibited Status

15. In August of 2026, I reviewed HOPKINS-DARDEN's computerized criminal history which was obtained from the Michigan Law Enforcement Information Network as well as publicly available records and learned HOPKINS-DARDEN had the following felony conviction: November 29, 2022, 3rd Circuit Court of Wayne County Michigan -Felony Carrying Conceal (MCL 750.22).

16. According to records related to the above felony conviction, HOPKINS-DARDEN received a sentence of (18) months' probation. A year later he absconded

4

from probation and remained in absconder status until 2025. Thus, HOPKINS-DARDEN knew he was convicted of an offense punishable by more than one-year imprisonment.

### Interstate Nexus Firearm

17.     On August 8, 2026, Firearms Interstate Nexus Expert S/A Josh McLean was provided the make and model of the firearm recovered from HOPKINS-DARDENS residence (i.e. Taurus G2C 9mm pistol).  S/A McLean advised the firearm was manufactured outside of the state of Michigan and thus would have travelled in or affected interstate commerce.

### Conclusion

18.     Probable cause exists that on March 26, 2026, in the City of Detroit, County of Wayne, and the Eastern District of Michigan, Eric HOPKINS-DARDEN, a previously convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was previously convicted of an offense punishable by more than one-year imprisonment, in violation of Title 18, U.S.C. § 922(g)(1).

Respectfully submitted,

_____

Timothy Madison
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
HONORABLE ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: August 5, 2026